J. JAMES LI (SBN 202855)
LiLaw
1000 Elwell Court, Suite 115
Palo Alto, California 94303
Telephone: (650) 521-5956
Facsimile:  (408) 521-5955
Email: lij@lilaw.us

Attorneys for Plaintiff Dynetix Design Solutions Inc.

**Filed**

DEC – 5 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYNETIX DESIGN SOLUTIONS INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SYNOPSYS INC., a Delaware corporation, and DOES 1-50<br><br>Defendants. | Case No.  CV 11- 05973 PSG<br><br>**COMPLAINT FOR PATENT INFRINGEMENT** |

# PARTIES AND NATURE OF ACTION

1.      This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. § 1, *et seq.*, as alleged by Plaintiff Dynetix Design Solutions Inc. ("Dynetix") against defendant Synopsys Inc. ("Synopsys") and defendants Does 1 through 50.  Synopsys and Does 1-50 are collectively referred to as the "Defendants" hereinafter.

2.      Dynetix is a California corporation with its principal place of business at 3268 Ridgefield Way, Dublin, California 94568.

3.      On information and belief, Synopsys is a Delaware corporation that has its principal place of business located at 700 East Middlefield Road, Mountain View, California 94043-4033.

4.      Defendants Does 1 through 50 include Synopsys' customers and licensees who have used Synopsys' infringing products or services.  Defendants Does 1 through 50 may also include distributors, contractors, and other individuals and entities who have acted on behalf of Synopsys in making, using, selling or offering for sell Synopsys' infringing products or services.  The identities of Does 1 through 50 will be revealed through discovery.

# JURISDICTION AND VENUE

5.      This Court has personal jurisdiction over Defendant Synopsys which has its principle place of businesses located in Mountain View, California.

6.      This Court has the original subject matter jurisdiction over this action pursuant to 35 U.S.C. § 100 *et seq.*, and 28 U.S.C. § 1338(a).

7.      Venue is proper in the Northern District of California pursuant to 28 U.S.C. 1391(b)(1) & 1391(b)(2) because Synopsys resides in this judicial district and a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

# CAUSE OF ACTION
### Infringement of U.S. Patent No. 6,466,898

8.      Dynetix is an electronic design automation (EDA) company.  It specializes in the development of state-of-the-art design verification tools to solve the most challenging design issues

1    for deep submicron System-on-Chip (SoC), Application-Specific Integrated Circuit (ASIC), Field-

2    Programmable Gate Array (FPGA) and custom Integrated Circuit (IC) products.

3        9.      Dynetix is the owner by assignment of United States Patent No. 6,466,898 ("the '898

4    Patent"). The '898 patent was duly and legally issued by the United States Patent and Trademark

5    Office on October 15, 2002, based on an application with the priority date of January 12, 1999. A

6    true and correct copy of the '898 patent is attached as Exhibit A.

7        10.     The inventor of the '898 Patent is Terrance Chan, who is also the founder and Chief

8    Executive Officer of Dynetix.

9        11.     The '898 Patent covers, among other things, logic simulators that support multiple

10   hardware description languages such as VHDL[1] and Verilog in a single program, and that use

11   multithreaded methods to accelerate the simulator's performance on multiprocessor platforms. The

12   '898 Patent also teaches methods of remote logic simulation over intranets and the Internet, which are

13   important features of cloud services for logic simulation. These inventions of the '898 Patent

14   significantly reduce the development time of the complicated integrated circuits such as

15   microprocessors, and are thus of great values to integrated circuit developers.

16       12.     Dynetix practices the inventions claimed in the '898 Patent, by making and selling

17   V2Sim and RaceCheck, which are the industry-first, 32/64-bit design verification tools that

18   seamlessly verify deep-submicron integrated circuit designs coded in any combination of hardware

19   description languages including VHDL, Verilog, SystemVerilog, SystemC and PSL[2]. Dynetix has

20   properly marked the products with the '898 Patent since their inception.

21       13.     Synopsys directly infringes the '898 Patent. Synopsys uses, makes, licenses, sells, and

22   offers to sell VCS Multicore and VCS Cloud, which are simulation tools for IC design codes written

23   in various HDL languages including SystemVerilog, Verilog, VHDL and Open Vera. Exhibit B is a

24   brief description of the VCS Multicore printed from Synopsys' website, www.synopsys.com. Exhibit

25   C and D are Data Sheets for VCS and VCS Cloud, also available on Synopsys' website.

26

27   [1] VHDL stands for VHSIC Hardware Description Language, where VHSIC is an acronym for Very High Speed
     Integrated Circuit.

28   [2] PSL stands for Property Specification Language.

14.     Synopsys' infringement of the '898 Patent is willful.  In 2006, when Dynetix first learned of Synopsys' plan to develop multi-threaded VCS, Dynetix sent Synopsys a letter requesting its licensing of the '898 Patent.  Attached as Exhibit E is a true and correct copy of Dynetix's letter to Synopsys.  In response to the letter, Synopsys denied that it was planning to develop multithreaded VCS and refused to take a license to the '898 Patent.  Attached as Exhibit F is a true and correct copy of the response letter from Synopsys.

15.     Besides direct infringement, Synopsys also infringes the '898 Patent by actively inducing its customers and licensees to infringe the patent.

16.     Synopsys' customers and licensees, who are among Defendants Does 1 through 50, directly infringe the '898 Patent by using VCS Multicore and VCS Cloud in product developments.

17.     Defendants' infringement of the '898 patent has caused significant damages to Dynetix in terms of lost profits and lost royalties.

## PRAYER FOR RELIEF

18.     WHEREFORE, Plaintiff Dynetix prays for relief against Defendants as follows:

a.   The Court shall grant permanent injunction against Defendants, their agents, attorneys, representatives, and those acting in concert with Defendants, pursuant to 35 U.S.C. § 283;

b.   The Court shall award compensatory damages according to the proof, including treble damages under 35 U.S.C. § 284;

c.   The Court shall declare the case as an exceptional case under 35 U.S.C. § 285, and award Dynetix reasonable attorney's fees according to the proof;

d.   The Court shall award prejudgment interest at the maximum legal rate as allowed by the law;

e.   The Court shall award costs of suit herein incurred; and

f.   The Court shall award such other and further relief as the Court may deem proper.

//

//




1

## JURY DEMAND

2      19.      Plaintiff Dynetix hereby demands a trial by jury on all issues so triable.

3

4    DATED:  December 5, 2011          LɪLᴀᴡ

5

6                                     By _____

7                                        J. James Li, Ph.D.
                                         Attorneys for Plaintiff
8                                        Dynetix Design Solutions, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

