1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10              SAN JOSE DIVISION

11

12  DYNETIX DESIGN SOLUTIONS, INC.,  )        Case No.: C 11-05973 PSG
                                     )
13                    Plaintiff,     )        **CASE MANAGEMENT ORDER**
                                     )
14          v.                       )
                                     )
15  SYNOPSYS, INC.,                  )
                                     )
16                    Defendant.     )
    _____  )
17

18          On March 6, 2012, the parties appeared before Magistrate Judge Paul S. Grewal for a case

19  management conference.  Based on the parties' Joint Case Management Statement and the

20  discussions held at the case management conference,

21          IT IS HEREBY ORDERED that the deadline for joinder of any additional parties, or other

22  amendments to the pleadings, is sixty days after the date of the claim construction order.

23          IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the

24  Federal Rules of Civil Procedure apply with one exception: Each party may serve no more than 50

25  requests for admission related to substantive issues.

26          IT IS FURTHER ORDERED that the parties shall meet and confer regarding the form of

27  production of electronically stored information.

28          IT IS FURTHER ORDERED that the parties shall participate in private mediation no later

Case No.: 11-5973 PSG
CASE MANAGEMENT ORDER

1   than 30 days after the claim construction hearing.

2        IT IS FURTHER ORDERED that the following schedule shall apply to this case:

3        Last Day for Plaintiff's Disclosure of Asserted Claims and Infringement Contentions (Patent L.R. 3-1) and Related Documents (Patent L.R. 3-2) . . . . . . . . . . . . . . . . . . . . .March 20, 2012

4

5        Last Day for Defendant's Invalidity Contentions (Patent L.R. 3-3) and Related Document Production (Patent L.R. 3-4) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . May 4, 2012

6        Last Day for the Exchange of Proposed Terms and Claim Elements for Construction (Patent L.R. 4-1(a)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .May 18, 2012

7

8        Last Day for the Exchange of Preliminary Proposed Claim Construction and Extrinsic Evidence (Patent L.R. 4-2) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .June 8, 2012

9        File Joint Claim Construction Statement (Patent L.R. 4-3)– limited to 10 terms unless leave of court granted . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .July 3, 2012

10

11       Completion of Claim Construction Discovery (Patent L.R. 4-4) . . . . . . . . . . .August 2, 2012

12       Last Day for Plaintiff's Opening Claim Construction Brief (Patent L.R. 4-5(a))Aug. 17, 2012

13       Last Day for Defendant's Opposing Claim Construction Brief (Patent L.R. 4-5(b)). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Aug. 31, 2012

14       Last Day for Plaintiff's Reply Claim Construction Brief (Patent L.R. 4-5()) . . . .Sept. 7, 2012

15       Tutorial and Claims Construction Hearing . . . . . . . . . . . . . . . . . . . . . . . . . . . . Sept. 12, 2012

16       Further Joint Case Management Report . . . . . . . . within 30 days of claim construction ruling

17       Advice of Counsel Disclosure . . . . . . . . . . . . . . . . . . 50 days after claim construction ruling

18       Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . April 19, 2013

19       Designation of Opening Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . . . May 3, 2013

20       Designation of Rebuttal Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . May 17, 2013

21       Expert Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . May 31, 2013

22       Deadline(s) for Filing Discovery Motions . . . . . . . . . . . . . . . . . . . *See* Civil Local Rule 37-3

23       Last Day for Dispositive Motion Hearing[1] . . . . . . . . . . . . . . . . 10:00 a.m. on July 30, 2013

24       Final Pretrial Conference...........................................................2:00 p.m. on August 27, 2013

25       Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:30 a.m. on Sept. 16, 2013

26       IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil

27

28         [1]     This is the last date for *hearing* dispositive motions.  Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

Case No.: 11-5973 PSG
CASE MANAGEMENT ORDER

1   Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy

2   of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint

3   Pretrial Statement, and all other pretrial submissions.

4   Dated: 3/13/2012

5                                                    PAUL S. GREWAL
                                                     United States Magistrate Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   _____

27        [2]      A copy of Judge Grewal's standing order is also available on the court's website at
     www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on
28   the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's
     Civil Standing Order."

     Case No.: 11-5973 PSG
     CASE MANAGEMENT ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.: 11-5973 PSG
CASE MANAGEMENT ORDER