| | |
|---|---|
| 1 | CHRIS R. OTTENWELLER (STATE BAR NO. 73649) |
| | cottenweller@orrick.com |
| 2 | I. NEEL CHATTERJEE (STATE BAR NO. 173985) |
| | nchatterjee@orrick.com |
| 3 | JASON K. YU (STATE BAR NO. 274215) |
| | jasonyu@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 1000 Marsh Road |
| 5 | Menlo Park, California 94025 |
| | Telephone:  +1-650-614-7400 |
| 6 | Facsimile:  +1-650-614-7401 |

BENJAMIN J. HOFILEÑA (STATE BAR NO. 227117)
bhofilena@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street Suite 3200
Los Angeles, CA  90017
Telephone:  +1-213-629-2020
Facsimile:  +1-213-612-2499

Attorneys for Defendant
SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYNETIX DESIGN SOLUTIONS, INC., a California corporation, | Case No. 5:11-cv-05973-PSG |
| Plaintiff, | [~~PROPOSED~~] ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION AND GRANTING SYNOPSYS, INC.'S COUNTER ADMINISTRATIVE MOTION RE CLAIM CONSTRUCTION BRIEFING AND HEARING DATE |
| v. | |
| SYNOPSYS, INC., a Delaware corporation, and DOES 1-50, | |
| Defendant. | [CIVIL L.R. 6-3, 7-11] |
| SYNOPSYS, INC., a Delaware corporation, | |
| Counterclaim Plaintiff, | |
| v. | |
| DYNETIX DESIGN SOLUTIONS, INC., a California corporation, | |
| Counterclaim Defendant. | |

# [~~PROPOSED~~] ORDER

Plaintiff and Counterclaim Defendant Dynetix Design Solutions, Inc. filed its Administrative Motion to Continue Briefing and Hearing Dates on August 9, 2012. Defendant and Counterclaim Plaintiff Synopsys, Inc. filed an Opposition and Counter-Motion on August 13, 2012, opposing Dynetix's proposed schedule and proposing an alternative schedule. The matter was submitted to the Court on August 14, 2012. Having considered the papers in support of and opposition to the Motion, including the proposed scheduling orders of both parties, the Court enters the following order.

Dynetix's Administrative Motion to Continue Hearing and Briefing Dates is **DENIED**. Synopsys's Administrative Motion to Continue Claim Construction is **GRANTED**. The Claim construction tutorial and hearing is hereby continued to October 10, 2012.

Dynetix shall file its opening brief no later than September 14, 2012.

Synopsys shall file its opposing brief no later than September 28, 2012.

Dynetix shall file its reply brief no later than October 5, 2012.

**IT IS SO ORDERED**

Date: "Cwi wuv'37."4234

_____
The Honorable Paul S. Grewal
United States Magistrate Judge

1

[~~PROPOSED~~] ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION AND GRANTING SYNOPSYS, INC.'S COUNTER MOTION, CASE NO: 5:11-CV-05973-PSG