UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DYNETIX DESIGN SOLUTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> SYNOPSYS, INC., ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No.: C 11-05973 PSG <br><br> **ORDER FOLLOWING STATUS CONFERENCE** <br><br> **(Re: Docket No. 149)** |

On November 13, 2012, the parties appeared for a status conference. Based on the discussions held at the status conference,

IT IS HEREBY ORDERED that a hearing on Plaintiff Dynetix Design Solutions, Inc.'s ("Dynetix") motion for leave to amend infringement contentions shall be heard on November 27, 2012 at 10AM.

IT IS FURTHER ORDERED that a hearing on the parties' summary judgment motions shall be heard on January 8, 2013 at 10AM.[1] Defendant Synopsys, Inc. ("Synopsys") may supplement its motion for summary judgment of non-infringement.[2] Any oppositions to any of the

---

[1] *See* Docket Nos. 62, 87, 136, 141.

[2] *See* Docket No. 62.

Case No.: C 11-05973 PSG
ORDER

1

motions shall be filed no later than December 14, 2012 and any reply briefs shall be filed no later than December 21, 2012.

**IT IS SO ORDERED.**

Dated: 11/15/2012

PAUL S. GREWAL
United States Magistrate Judge

2

Case No.: C 11-05973 PSG
ORDER