CHRIS R. OTTENWELLER (STATE BAR NO. 73649)
cottenweller@orrick.com
I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
JASON K. YU (STATE BAR NO. 274215)
jasonyu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone: +1-650-614-7400
Facsimile: +1-650-614-7401

BENJAMIN J. HOFILEÑA (STATE BAR NO. 227117)
bhofilena@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for Defendant
SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYNETIX DESIGN SOLUTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SYNOPSYS, INC., a Delaware corporation, and DOES 1-50,<br><br>Defendant. | Case No. 5:11-cv-05973-PSG<br><br>**DECLARATION OF MANOJ GANDHI IN SUPPORT OF DEFENDANT SYNOPSYS, INC.'S MOTION FOR PROTECTIVE ORDER TO PRECLUDE THE DEPOSITION OF MANOJ GANDHI** |
| SYNOPSYS, INC., a Delaware corporation,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>DYNETIX DESIGN SOLUTIONS, INC., a California corporation,<br><br>Counterclaim Defendant. | |

I, Manoj Gandhi, hereby declare as follows.

1. I am an employee with Synopsys, Inc. ("Synopsys"). I have personal knowledge of the facts set forth in this declaration and could and would competently testify to them under oath if called as a witness.

## A. Position At Synopsys

2. I am the Senior Vice President and General Manager, Verification Group, at Synopsys, a position I have held since 1997. As Senior Vice President and General Manager, Verification Group, I report directly to Dr. Chi Foon Chan, the President and co-Chief Executive Officer of Synopsys. The Verification Group currently has 1033 employees.

## B. The May 25, 2006 Letter

3. At the request of Synopsys's in-house counsel, I recently reviewed a letter dated May 25, 2006 that was addressed to me from Edward W. Goldstein of Goldstein, Faucett & Prebeg LLP. I have no recollection of receiving this letter on or around May 25, 2006, nor do I specifically recall what I did with this letter after receiving it.

4. However, it was, and still is, my normal practice to forward any letters that I receive regarding the licensing of patents or any threats of patent infringement to the attorneys in Synopsys's in-house legal department. In my capacity as Senior Vice President and General Manager, Verification Group, I generally have no personal involvement in legal matters or in any decision-making relating to litigation.

5. I am informed that Synopsys's outside counsel responded to Mr. Goldstein's letter on or around June 19, 2006. I have never seen the letter from Synopsys's outside counsel nor did I have any involvement in its preparation.

6. Outside of providing this declaration, I have had no personal involvement with the present litigation. Indeed, aside from this litigation, I do not recall ever hearing of Dynetix Design Solutions, Inc. To this day, I still have no knowledge as to what the patent identified in Mr. Goldstein's letter says or what technology is described in that patent.

## C. Review Of Synopsys Financial Information

7. As Senior Vice President and General Manager, Verification Group, I will often

review information relating to Synopsys's financial performance. Such information is compiled and provided to me in periodic reports by several Synopsys employees that either report directly to me, or from employees in finance who support the Verification Group. In receiving these financial reports, I am not presented with the underlying documents that support the numbers in the reports. For example, the employees that provide me these reports will not give me any purchase orders or invoices showing the specific sale of Synopsys products.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Mountain View, California this 2 day of April 2013.

Manoj Gandhi

OHSUSA:753437907.2