CHRIS R. OTTENWELLER (STATE BAR NO. 73649)
cottenweller@orrick.com
I. NEEL CHATTERJEE (STATE BAR NO. 173985)
nchatterjee@orrick.com
JASON K. YU (STATE BAR NO. 274215)
jasonyu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone: +1-650-614-7400
Facsimile: +1-650-614-7401

BENJAMIN J. HOFILEÑA (STATE BAR NO. 227117)
bhofilena@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Attorneys for Defendant
SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DYNETIX DESIGN SOLUTIONS, INC., a California corporation,

Plaintiff,

v.

SYNOPSYS, INC., a Delaware corporation, and DOES 1-50,

Defendant.

SYNOPSYS, INC., a Delaware corporation,

Counterclaim Plaintiff,

v.

DYNETIX DESIGN SOLUTIONS, INC., a California corporation,

Counterclaim Defendant.

Case No. 5:11-cv-05973-PSG

**DECLARATION OF JASON K. YU IN SUPPORT OF SYNOPSYS, INC.'S MOTION FOR A PROTECTIVE ORDER TO PRECLUDE THE DEPOSITION OF MANOJ GANDHI**

I, Jason K. Yu, hereby declare as follows:

1. I am an attorney at Orrick, Herrington & Sutcliffe LLP, counsel for Synopsys, Inc., a party to the above-captioned action. I am admitted to the Bar of the State of California. I submit this declaration in support of Synopsys, Inc.'s Motion for Protective Order to Preclude the Deposition of Manoj Gandhi. I have personal knowledge of the facts stated below unless identified as being provided on information and belief. If called upon to testify to those facts, I could and would competently do so.

2. Attached hereto as Exhibit A is a true and correct copy of the Executive Management Team page on Synopsys's website, located at http://www.synopsys.com/Company/AboutSynopsys/Pages/ExecutiveManagement.aspx, with relevant portions highlighted.

3. Attached hereto as Exhibit B is a true and correct copy of Plaintiff Dynetix Design Solutions, Inc.'s Responses to Defendant Synopsys, Inc.'s First Set of Interrogatories (Nos. 1-11), dated April 9, 2012.

4. Attached hereto as Exhibit C is a true and correct copy of a May 25, 2006 letter from Edward Goldstein, counsel for Dynetix, to Manoj Gandhi, Synopsys's Senior Vice President and General Manager, Verification Group, as attached to Dynetix's Complaint.

5. Attached hereto as Exhibit D is a true and correct copy of a June 19, 2006 letter from James Elacqua, counsel for Synopsys, to Mr. Goldstein, as attached to Dynetix's Complaint.

6. Attached hereto as Exhibit E is a true and correct copy of a March 25, 2013 e-mail string between myself and James Li, counsel for Dynetix, with relevant portions highlighted.

7. Attached hereto as Exhibit F is a true and correct copy of Plaintiff's Second Notice of Deposition, dated February 14, 2013. [FILED UNDER SEAL]

8. Attached hereto as Exhibit G is a true and correct copy of Defendant Synopsys, Inc.'s Responses to Plaintiff Dynetix Design Solutions, Inc.'s Third Set of Interrogatories (Nos. 12-16). Exhibit I has been designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY." [FILED UNDER SEAL]

9. In response to Dynetix's discovery requests, Synopsys has previously produced

documents relating to Synopsys's financial information. These documents include, but are not limited to, purchase agreements, invoices, and purchase orders between Synopsys and its customers.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Menlo Park, California this 2nd day of April 2013.

/s/ *Jason K. Yu*

Jason K. Yu

OHSUSA:753437948.1