1
2
3
4
5
6
7
8
9
10

**United States District Court**
For the Northern District of California

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DYNETIX DESIGN SOLUTIONS INC., A California corporation,<br><br>Plaintiff,<br>v.<br><br>SYNOPSYS INC., a Delaware corporation, and DOES 1-50<br><br>Defendants. | Case No.: 11-CV-05973 PSG<br><br>**ORDER RE 4/9/2013 HEARING**<br><br>**(Re: Docket No. 300)** |

Synopsys shall give notice of the 4/9/2013 hearing to third parties Intel and Nvidia without delay.  Intel and Nvidia may appear at the hearing if they so wish. Nvidia further may file a response to the pending motion directed toward it no later than 4/5/2013 midnight. By that same date, Synopsys and Dynetix may file oppositions to Dynetix's Fourth Motion to Compel and Synopsys' Motion for Protective Order, respectively. No further briefs will be considered.  All parties should be prepared to discuss all pending motions affecting them and noticed for hearing on 4/9/2013 so that the court may resolve each such motion from the bench.

All parties are directed to meet and confer again on each such motion before the 4/9/2013 hearing, bearing in mind that the court will not hesitate to award fees and costs in resolving the motions that remain.

Case No.: 11-CV-05973 PSG
ORDER RE 4/9/2013 HEARING

1          Time has come to bring order to this unwieldly docket.

2     **IT IS SO ORDERED.**

3     Dated: April 4, 2013

4                                                    _Paul S. Grewal_
                                                     _____
5                                                    PAUL S. GREWAL
                                                     United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2