# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: April 9, 2013                    Time in Court: 1 hour and 21 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Irene Rodriguez

**TITLE: Dynetix Design Solutions, Inc. v. Synopsis, Inc.**
**CASE NUMBER**: CV11-05973 PSG
Plaintiff Attorney(s) present: J. James Li
Defendant Attorney(s) present: Christopher Ottenweller and Jason Yu
Non-Party Attorney(s) present: Anthony Marks (Intel) and Jeffrey Karr (Nvidia)

### PROCEEDINGS:

**1.)** Plaintiff's Motion for Leave to Supplement Its Infringement Contentions, For Reconsideration of a Prior Ruling, and For Modification of the Protective Order (Doc. 257)
**2.)** Plaintiff's Third Motion to Compel (Doc. 262)
**3.)** Plaintiff's Motion to Change the Fact Discovery Cutoff Date (Doc. 264)
**4.)** Plaintiff's Fourth Motion to Compel (Doc. 284)
**5.)** Defendant's Motion for Protective Order to Preclude Deposition of Manoj Gandhi (Doc. 287)

Counsel present oral arguments. Written order after hearing to be issued.

///