UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DYNETIX DESIGN SOLUTIONS INC., a California corporation,<br>　　　　　Plaintiff,<br>　v.<br>SYNOPSYS INC., a Delaware corporation, and DOES 1-50,<br>　　　　　Defendants. | Case No.: CV 11-05973 PSG<br><br>**ORDER RE DISCOVERY MOTIONS**<br><br>**(RE: Docket No. 257, 262, 264, 284, 287)** |

In this patent infringement case, on April 9, 2013, the court held a hearing to resolve five pending discovery motions: Dynetix Design Solutions, Inc.'s ("Dynetix") third and fourth motions to compel; Dynetix's motion for reconsideration of the court's ruling, to amend its infringement contentions, and for modification of existing protective order; Dynetix's motion to extend fact discovery; and Synopsys, Inc.'s ("Synopsys") motion for a protective order. At the hearing, the court issued its rulings from the bench. The rulings are summarized below.

Dynetix's third motion to compel is GRANTED-IN-PART. Synopsys has agreed to produce the Sun documents and the emails of Johnson Adaikalasamy and Benny Peng containing the agreed-upon search terms. To the extent that they have not been produced, Synopsys shall produce them no later than April 19, 2013. Within 30 days of this order, Intel shall produce the following documents related to the Haswell project: current client scripts, 30-day debug log files,

current client configuration files, usage powerpoint presentations prepared in aid of negotiations between Synopsys and Intel, performance proposal powerpoints for Synopsys, and so-called "TUG" meeting slides.  All other requested relief, including a further Intel 30(b)(6) deposition, is DENIED.

Dynetix's fourth motion to compel directed at Nvidia is GRANTED-IN-PART.  Within 30 days of this order, Nvidia shall provide current client scripts, license log files, and configuration files. Nvidia shall provide a 30(b)(6) witness for deposition no later than April 23, 2013.  All other requested relief is DENIED.

Dynetix's motion for reconsideration is DENIED.  Because of the prejudice to Synopsys from adding an additional infringing instrumentality at this late stage, Dynetix's motion to amend its infringement contentions to add Partition Compile is DENIED.  Dynetix's motion to alter the protective order also is DENIED.

Dynetix has agreed to withdraw its motion to extend fact discovery, and so the current deadline stands.

Synopsys' motion for protective order is DENIED.  As Mr. Gandhi is knowledgeable to relevant issues in this case, he is required to sit for a deposition of four hours no later than April 23, 2013.

The parties are reminded to meet and confer through "direct dialogue and discussion"[1] before filing further discovery orders.  If other disputes arise, and after a good faith effort the parties are unable to resolve their disputes, they may reach out to the court to schedule a telephone conference to efficiently resolve the issue.

**IT IS SO ORDERED.**

Dated: April 12, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] Civ. L.R. 1-5.

Case No.: C 11-05973 PSG
ORDER RE DISCOVERY MOTIONS