**LiLaw Inc., a Law Corporation**
J. James Li (SBN 202855)
5050 El Camino Real, Suite 200
Los Altos, California 94022
Telephone: (650) 521-5956
Facsimile: (650) 521-5955
Email: lij@lilaw.us

Attorneys for Plaintiff Dynetix Design Solutions Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

DYNETIX DESIGN SOLUTIONS INC., a California corporation,

Plaintiff,

vs.

SYNOPSYS INC., a Delaware corporation, and DOES 1-50

Defendants.

SYNOPSYS INC.,

Counterclaimant,

vs.

DYNETIX DESIGN SOLUTIONS INC.,

Counter-Defendant.

Case No. CV11-05973 PSG

**DECLARATION OF J. JAMES LI IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT ITS INFRINGEMENT CONTENTIONS, FOR RECONSIDERATION OF A PRIOR RULING, AND FOR MODIFICATION OF THE PROTECTIVE ORDER**

**Date: April 9, 2013**
**Time: 10:00 a.m.**
**Court: Courtroom 5 - 4th Floor**
**Judge: Hon. Paul S. Grewal**

I, J. James Li, state and declare:

1. I am the lead counsel for plaintiff and counterdefendant Dynetix Design Solutions Inc. in the above captioned action. I have personal knowledge of the matters stated below.

2. On behalf of Dynetix, we conducted an Internet search for documents related to VCS and VCS Licenses in November and December of 2011. We did not find the generic licensing guidelines that Synopsys now claims were on their website at the time.

3. Synopsys started its rolling production in April 2012. The first 3 installments are (1) on April 17, 2012, bates numbers 1-21,346 pages; (2) May 7, 2012, bates numbers 21347-23796; and (3) May 23, 2012, bates numbers 23794-26060.

4. It took some time to set up the database for the production documents and for uploading the documents. Dynetix started to review the documents in May 2012 and came across user manuals toward the end of July 2012 that contained some description that may be related to remote access of VCS. See Amin Decl ISO Consol. Opp. to MSJs, Dkt. No. 168-2, Ex. 14. We did not fully understand the technical information and were not sure whether it could be viewed as evidence for the Remote Access Claims or how to construct a claim chart using the information. At the time, Dynetix did not have an expert consultant yet. Dynetix had started to look for a technical expert in early May, but failed in several attempts. Several potential candidates did not want to take on the job because it was against Synopsys, the corporate giant in the EDA field. Although a classic simulation expert was retained in August 2012, he does not know anything about network and source code and thus could not help with the issue.

5. Eventually, in September 2012, Dynetix signed up Dr. Minesh Amin as its expert. Synopsys, however, objected to Dr. Amin and the parties had to consult this Court on the issue in a telephone conference. Eventually, on October 3, 2012, Synopsys withdrew its objections. Exhibit A is a true and correct copy of the email interchanges between Jason Yu and myself regarding the disclosure of and objection to Dr. Amin as Dynetix's expert. Exhibit B is a true and correct copy of Jason Yu's email stating the withdrawal of the objection to Dr. Amin.

6. Around the same time when Synopsys withdrew its objection to Dr. Amin, it made its 9th installment of the rolling production on October 5, 2012, with bates numbers 41482-42989.

Synopsys did not tell us this installment contained the license agreements which we have been asking them to produce since March 2012. At the time, our office was busy preparing for the claim construction hearing which was to happen on October 10, 2012. We did not start to review the production until after the claim construction hearing.

7. Dr. Amin started to work on the case a few days after Synopsys withdrew its objection on October 3, 2012. After the claim construction hearing, on or about October 12, 2012, Dr. Amin reported to me the preliminary evidence supporting the infringement of the Remote Access Claims by Synopsys's customers' remote use of VCS. A few days later, on or about October 15, we found Synopsys's license agreement with AMD from its 9th installment of rolling production. That was the date when we decided that we had sufficient evidence to assert the Remote Access Claims against VCS, in addition to VCS Cloud.

8. On October 17, 2012, I sent a letter to Synopsys's counsel to request a meet-and-confer on the leave to amend the Infringement Contentions. On October 23, Dynetix filed its first motion for leave to amend to assert the Remote Access Claims against VCS.

9. On or about October 28, 2012, Dynetix served subpoenas on some major VCS customers, including Intel Corp. ("Intel") and Advanced Micro Devices ("AMD"), for documents and deposition. Intel, which is the largest customer of Synopsys, produced no document at all. A deposition of Intel was set up for February 22, 2013 in Portland, Oregon.

10. A few days before the scheduled Intel deposition, in the late afternoon of February 18, 2013, Synopsys produced 15,606 pages of emails. These emails are from Messrs. Gandhi and Seshadri, which Dynetix requested a year ago on February 27, 2012 in its first set of requests for production. Buried in these emails are thousands of pages of documents that are highly relevant to the Intel deposition. Moreover, the production contained mysterious errors that prevented Dynetix from properly loading the production onto its database and delayed the review of the documents.

11. Despite all these problems, Dynetix was able to mobilize last-minute efforts to find some relevant documents in time before the Intel deposition. One document revealed a feature of VCS called Partition Compile that may actually use parallel processing, but was never included in the user manuals as a feature of the VCS Multicore. Attached as Exhibit C is a true and correct copy of

Synopsys production document SYN-DLIT-0052942. During the Intel deposition, it was confirmed by Intel's witness that Partition Compile uses multicore processing.

12. After the deposition, Dynetix requested that Synopsys clarify whether Partition Compile is considered part of VCS Multicore. In a meet-and-confer on March 1, 2013, Synopsys stated that Partition Compile is not part of VCS Multicore and that it would oppose Dynetix's motion to amend the Disclosure to include Partition Compile. Attached as Exhibit D is a true and correct copy of my email to Synopsys's counsel regarding Partition Compile.

13. The VCS customers are included in this case as Doe defendants. Upon the receipt of the license agreements in October 2012, Dynetix contemplated amending the complaint to name the customers, but decided against it because of the inevitable delay it would cause to the schedules of this case. The decision was made to sue the customers in a separate action later.

14. After the Court denied the 1st MFL, Dynetix's only option to assert the Remote Access claims against anybody is through a separate action against the customers. Dynetix then approached Synopsys to ask whether it would consider adding the Remote Access Claims back to the case in order to delay the suit against the customers, which Synopsys rejected. Synopsys reminded Dynetix that it could not use any information obtained in the present case for the new action against the customers.

15. After the Intel deposition, we went back to review some of the user guides and found that the Partition Compile feature was somewhat described in the user manual. But there is no clear indication in the user manual that the feature uses parallel processing. It also has no link to the important disputed feature of autopartitioning in the user guide, unlike the recent produced document (i.e., Ex. C).

16. That explains why our attention has not been drawn to this feature until now. It is a small feature buried in the volumes of the User Guide. Although our expert has been reviewing source code, his review is necessarily focused on the selected issues because of the voluminousness of the code.

17. That reason came on February 20, 2013 during the review of 15,606 pages of emails produced by Synopsys on February 18, 2013. Some of the emails showed that the Partition Compile

was using multiple CPU cores. This fact was confirmed on February 22, 2013 during Intel's deposition. Right after the deposition, on February 25, Dynetix asked Synopsys to clarify whether or not Partition Compile is considered part of VCS Multicore. The instant motion is filed only a few days after Dynetix learned during a meet-and-confer that Synopsys would not stipulate to a leave to amend and would oppose any motion in that regard. Thus, there is no delay at all, let alone undue delay.

18. Attached as Exhibit E is a true and correct copy of the draft First Amended Infringement Contentions, with redline showing the revisions from the original version.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. This declaration is executed on March 4, 2013, Los Altos, California.

/J. James Li/

J. James Li

# Exhibit A

**shataraT@lilaw.us**

| | |
|---|---|
| **From:** | Yu, Jason K. <jasonyu@orrick.com> |
| **Sent:** | Wednesday, September 26, 2012 8:56 AM |
| **To:** | lij@lilaw.us; Synopsys |
| **Cc:** | chenc@lilaw.us; shataraT@lilaw.us |
| **Subject:** | RE: Expert Consultant Disclosure |

Jim,

Synopsys's objects to this expert under the protective order on the basis that he previously worked for Synopsys and acquired confidential information during the course of his employment.

Regards,

Jason

---

**From:** lij@lilaw.us [mailto:lij@lilaw.us]
**Sent:** Monday, September 17, 2012 4:30 PM
**To:** Yu, Jason K.; Synopsys
**Cc:** chenc@lilaw.us; shataraT@lilaw.us
**Subject:** RE: Expert Consultant Disclosure

Confirmed.

---

**From:** Yu, Jason K. [mailto:jasonyu@orrick.com]
**Sent:** Monday, September 17, 2012 4:29 PM
**To:** lij@lilaw.us; Synopsys
**Cc:** chenc@lilaw.us; shataraT@lilaw.us
**Subject:** RE: Expert Consultant Disclosure

Jim,

Pursuant to paragraph 7.4(a)(2) of the Protective Order, please also confirm that Dr. Amin has not received compensation or funding for other professional services within the last five years, other than what is listed on his resume.

Thanks,

Jason

---

**From:** lij@lilaw.us [mailto:lij@lilaw.us]
**Sent:** Monday, September 17, 2012 4:15 PM
**To:** Synopsys
**Cc:** chenc@lilaw.us; shataraT@lilaw.us
**Subject:** Expert Consultant Disclosure

Counsel:

Dynetix has engaged Dr. Minesh B. Amin as an expert consultant. Attached is his CV and his signed Exhibit A to the Protective Order. Dr. Amin has not worked on any legal cases in the past five years.

Regards,
Jim Li

**J. James Li, Ph.D.**
**LiLaw Inc., A Law Corporation**
**5050 El Camino Real, Ste 200, Los Altos, CA 94022**
**Tel. 650.521.5956; Web: www.lilaw.us**

==============================================================
IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.
==============================================================
NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E- MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM.
THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/
==============================================================
==============================================================
IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.
==============================================================
NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E- MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM.

THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/
====================================================================

# Exhibit B

**shataraT@lilaw.us**

**From:** Yu, Jason K. <jasonyu@orrick.com>
**Sent:** Wednesday, October 03, 2012 10:13 AM
**To:** lij@lilaw.us
**Cc:** chenc@lilaw.us; shataraT@lilaw.us; Synopsys
**Subject:** Dyentix v. Synopsys: Objection to Expert

Jim,

In light of our discussion with Judge Grewal on the protective order, Synopsys will agree to withdraw its objection to Dynetix's Expert, Dr. Minesh B. Amin, under section 7.4 of the protective order. We would, however, like written assurance from Amin that he will not use any confidential information that he obtained through his employment with Synopsys in his role as an expert consultant for Dynetix. Please indicate whether Dr. Amin will provide that written assurance.

Synopsys reserves its right to move to disqualify Dr. Amin pending an investigation of Dr. Amin's role while working at Synopsys.

Thanks,

Jason

ORRICK

**JASON K. YU**
*Attorney*
*Intellectual Property Litigation*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 MARSH ROAD
MENLO PARK, CA 94025

*tel* (650) 614-7363
*fax* 650-614-7401
jasonyu@orrick.com
bio | vcard

www.orrick.com

==============================================================
IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.
==============================================================
NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU

RECEIVED THIS E- MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/
============================================================

# Exhibit C

# FILED UNDER SEAL

# Exhibit D

**shataraT@lilaw.us**

| | |
|---|---|
| **From:** | lij@lilaw.us |
| **Sent:** | Monday, February 25, 2013 10:51 PM |
| **To:** | 'Synopsys (Synopsys@orrick.com)' |
| **Cc:** | 'Chen, Cheryl (chenc@lilaw.us)'; shataraT@lilaw.us |
| **Subject:** | Partition Compile |

Neel:
From the Intel deposition and the recent produced emails, we learned of the Partition Compile feature that Synopsys has custom developed for Intel and has incorporated into the VCS MX. To the extent this feature is considered outside parallel VCS project or outside the so-called VCS Multicore, we will have to amend our infringement contention to add this feature. But if you say this is part of VCS Multicore, we will just leave the contentions as they are.

So this email starts the necessary process of meeting and conferring on this issue.

Jim

**J. James Li, Ph.D.**
**LiLaw Inc., A Law Corporation**
**5050 El Camino Real, Ste 200, Los Altos, CA 94022**
**Tel. 650.521.5956; Web: www.lilaw.us**

# Exhibit E

**LiLaw Inc., a Law Corporation**
J. James Li, Ph.D. (SBN 202855)
5050 El Camino Real, Suite 200
Los Altos, California 94022
Telephone: (650) 521-5956
Facsimile: (650) 521-5955
Email: lij@lilaw.us

Attorneys for Plaintiff Dynetix Design Solutions Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(SAN JOSE DIVISION)**

| | |
|---|---|
| DYNETIX DESIGN SOLUTIONS INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SYNOPSYS INC., a Delaware corporation, and DOES 1-50<br><br>Defendants. | Case No. CV11-05973 PSG<br><br>**FIRST AMENDED DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS PURSUANT TO PAT. L.R. 3.1**<br><br>(Draft) |

Pursuant to Patent Local Rules 3-1, Plaintiff Dynetix Design Solutions Inc. ("Dynetix") makes the following disclosure.

## I. THE ASSERTED CLAIMS

Dynetix contends that Defendant Synopsys Inc. ("Synopsys") infringes the following claims of U.S. Pat. No. 6,466,898 ("the '898 Patent"): Claims 1-3, 5-7, 19-23, 36, 37, 39, 44, 45, 48, and 53. Synopsys directly infringes these claims under 35 U.S.C. § 271(a), by making, using, selling, or offering for sale the claimed inventions. Synopsys also indirectly infringes these claims under 35 U.S.C. § 271(b) by inducing its customers to infringe these claims, by granting them licenses to the infringing products.

Dynetix states that, although Synopsys may also infringe Claims 4, 8, 24, 25-35, 38, 40-43, 46, 47, 49-52, and 54-58 of the '898 Patent, Dynetix at this juncture does not possess sufficient information to assert these claims. Dynetix reserves the right to amend the infringement contention should the discovery reveals evidence of infringement of any of the claims that are currently not asserted.

## II. THE ACCUSED PRODUCTS

The main infringing instrumentality is VCS with its multicore functionality ("VCS Multicore"). VCS is a component of Synopsys' product suite Discovery Verification Platform (the "DVP"), which is a comprehensive, integrated portfolio of functional, analog/mixed-signal, formal and low-power verification products. *See* Synopsys 2011 Annual Report (Ref. 8 in claim chart), p. 3. Thus, ultimately the DVP is the main infringing instrumentality because of the functional and even structural connectivity of its other components with VCS.

Another infringing instrumentality is the FPGA Design Products (the "FDP"). Because of the increasing complexity of modern FPGA designs, the FDP will likely involve the use of VCS Multicore or similar multicore functional verification processes.

The infringing instrumentalities also include DVP and FPGA software licensed through cloud services, such as VCS Cloud.

The infringing instrumentalities further include Synopsys' service and training programs on the DVP and FPGA, which either directly use the infringing devices or methods or induce the customers to use the infringing devices or methods.

The infringing instrumentalities also include any other Synopsys products or services that incorporate VCS Multicore, including, for example, Magellan. The identities of these products and services are to be revealed through discovery. Dynetix reserves the right to add these infringing products and services upon the revelation of their identities.

## III. PRELIMINARY INFRINGMENT CONTENTIONS

The attached infringement claim chart details Dynetix' infringement contentions for VCS Multicore and VCS Cloud as to all asserted claims. All the other accused products or services infringe the asserted claims by either incorporating or using VCS Multicore or VCS Cloud. Dynetix reserves the right to amend the infringement contentions pursuant to Pat. L.R. 3(a).

## IV. INDIRECT INFRINGMENT

All the asserted claims have been indirectly infringed by Synopsys by its licensing of VCS Multicore and VCS Cloud, as well as related products, to its customers. The direct infringers are Synopsys' customers, who have used, and are still using, the infringing instrumentalities.

## V. DYNETIX' PRODUCTS

Dynetix' products V2Sim and RaceCheck practice each and every asserted claim.

## VI. WILLFUL INFRINGEMENT

Synopsys' infringement of the '898 Patent is willful. In 2006, when Dynetix first learned of Synopsys' plan to develop multi-threaded VCS, Dynetix sent Synopsys a letter requesting its licensing of the '898 Patent. In response to the letter, Synopsys stated that it was not planning to develop multithreaded VCS and refused to take a license to the '898 Patent. Dynetix also communicated directly with Synopsys regarding potential purchase or license of its product V2Sim that was marked on the brochure with the '898 patent.

DATED: 3/4/2013

**LILAW INC.**
**ATTORNEYS FOR PLAINTIFF DYNETIX DESIGN SOLUTIONS INC.**

By ______________________________
J. James Li, Ph.D.

Claim Chart of U.S. Pat. No. 6,466,898 ("the '898 Patent")

| Claim Element | Accused Instrumentality |
|---|---|
| 1. A method of performing a multithreaded event-driven logic simulation of an integrated circuit design, coded in one or a plurality of Hardware Description Language ("HDL") languages including VHDL, Verilog languages and a mixed thereof on a multiprocessor platform, comprising the steps of: | This is a nonlimiting preamble. In any event, Synopsys' Verilog Compiler Simulator ("VCS") literally or equivalently practices the simulation method. VCS is a "multi-core enabled functional verification solution". Ref. 1 (see note of document for the reference list). It is also an event-driven simulator. Ref. 2 ("In discrete event simulation techniques, the problem domain is partitioned into a number of partitions (or process objects); one or several objects for each processor."). The multicore function of VCS ("VCS Multicore" hereinafter) allows parallel processing of the verificaiton process using "the multi-core, multithreading [computer] architecture." Ref. 2. "Multi-threading as well as multi-processing technologies are used to achieve speed-up." Ref. 6. It enables user "to concurrently simulate multiple instances of a core, several partitions of a large design, or a combination of the two." Ref. 3. It supports "all popular design and verification languages including Verilog, VHDL, SystemVerilog,OpenVera, and SystemC™." *Id.* *see also* Ref. 7 ("For mixed-languge designs, VHDL parts should run within the master partition while slave partitions can include Verilog parts").<br>VCS Multicore, as used here, also includes Partition Compile, which employs parallel processing to compile and simulate testbenches with more than one processing cores. |
| (a) pre-examining each user-specified HDL source file and automatically invoking an appropriate HDL compiler to compile a design source file into a common design database; | VCS practices this element literally or equivalently. VCS can compile HDL source files coded in different HDL languages, including SystemVerilog, Verilog, VHDL and OpenVera. Ref. 3. "Multicore compiler" *Id.* VCS compiles these HDL sources into a common database for simulation. Ref. 3 ("VCS Native Testbench (NTB) provides built-in natively-compiled support for full-featured SystemVerilog and OpenVera testbenches"). "It also provides elegant mixed-HDL (SystemVerilog, VHDL and Verilog) and SystemC/C++ language debugging …." Ref. 3. "A unified command language is supported to provide a common set of commands for all tools, languages and environments, making it easy to deploy new technology across design teams." Ref. 3. |
| (b) resolving any conflict in the design source file due to use of the plurality of HDL languages to ensure correct modeling and simulation of the design source file; and | VCS practices this element literally or equivalently. VCS must resolve any conflicts in the HDL source files due to the use of plurality of HDL languages in the HDL source, so that it can create a correct model of the design under test for simulation. For example, VCS has a command line "–u" that "Changes all |

| | |
|---|---|
| | characters in identifiers to uppercase," which removes the conflict between VHDL and Verilog. Ref. 5. |
| (c) automatically detecting the number of microprocessors (CPUs) available on the multiprocessor platform to create a master thread and a plurality of slave threads for concurrent execution of the multithreaded event-driven simulation of the design to achieve linear to super-linear scalable performance speedup as according to the number of CPUs on the multiprocessor platform. | VCS practices this element literally or equivalently. VCS Muticore supports both Application-Level Parallelism ("ALP") and Design-Level Parallelism ("DLP"). Ref. 2. ALP "is the process of taking advantage of the verification tasks by running them in parallel by harnessing the power of multiple CPSs." Ref. 7. DLP means "partitioning a design into several smaller pieces … that are executed on different processors."). Ref. 2. VCS Multicore also includes Partition Compile. The use of multiple processors speeds up the verification process. Ref. 2 ("It cuts verification time in half by harnessing the power of modern multicore CPUs."); Ref. 7 ("Using Parallelism to Double Simulation Speed"). VCS Multicore uses master/slave process objections or partitions. Ref. 2 ("All parts of the design not covered in any of the specified partitions together form an implicitly defined master partition. The user-specified partitions are called slave partitions."). It creates the appropriate number of master/slave partitions (or process objects) according to the number of processors. Ref. 2 ("The simplest dynamic load balancing technique is based on a multi-partition approach where the number of partitions (or process objects) generated before simulation is a multiple of the number of processors.") "Partitioning for application-level parallel simulation is automatically done by the compiler." Ref. 2. Thus, the compiler has to automatically detect the number of microprocessors (CPU) available on the multiprocessor platform. Specifically, ALP does not need user to specify the number of cores to be used; and DLP has the automatic partitioning option where it could automatically create a plurality of master/slave partitions based on the number of available cores. Ref. 2. These structures of VCS set up a multiprocessor platform to create a master thread and a plurality of slave threads for concurrent execution of the multithreaded event-driven simulation of the design to achieve linear to super-linear scalable performance speed, or equivalent process thereof. |
| | |
| 2. The method of performing a multithreaded event-driven logic simulation according to claim 1 wherein the step of resolving any conflict in the design source file includes resolving design object names | VCS practices this element literally or equivalently. VSC Multicore resolves conflict in the design source file in part by resolving design object names, such as by changing character to upper case. Ref. 5. |

| | |
|---|---|
| conflict and signal states incompatibility. | |
| 3. The method of performing a multithreaded event-driven logic simulation according to claim 2 wherein the step of resolving design object names conflict further comprises the step of providing a program switch for user to instruct the HDL compiler to use a VHDL style, case-insensitive object naming convention for all design object names. | VCS practices this element literally or equivalently. VCS provides the –u program switch for user to instruct VCS compiler to convert all compiled object names to be upper case, so that object names resolution across multi-language design will be case-insensitive. Ref. 5. |
| 4. The method of performing a multithreaded event-driven logic simulation according to claim 2 further comprises the step of automatically mapping Verilog states to VHDL states in simulation of the design source file to ensure the accuracy of simulation of mixed language design. | Dynetix currently is not asserting this claim. If discovery unveils evidence for Synopsys' infringement of this claim, Dynetix reserves the right to amend the infringement contention. |
| 5. The method of performing a multithreaded event-driven logic simulation according to claim 1 wherein the step of (c) further comprises the steps of: (a) creating a master thread and a plurality of slave threads based on the number of available CPUs on the multiprocessor platform, prior to simulation; | VCS practices this element literally or equivalently. VCS Multicore creates a plurality of master/slave process objects based on the number of available cores, prior to start of simulation. Ref. 2 ("The simplest dynamic load balancing technique is based on a multi-partition approach where the number of partitions (or process objects) generated before simulation is a multiple of the number of processors.") For ALP, the partition number is automatically determined, while DLP can do so either automatically based on the number of available cores, or by user specification. Ref. 2; Ref. 7. In ALP, simulation events, like monitors, assertions, coverage audit, waveform dumping are assigned to slave process objects (slave threads), and the master process object (master thread) simulates the main design. Ref. 2 (Fig. 2). In DLP, the master/slave partitions are simulated on different cores concurrently by different threads. Ref. 2 (Fig. 3). In DLP, a design is partitioned in master and slave partitions, they are simulated on different cores. Ref. 2, p. 4. |
| (b) keeping the slave threads in a sleeping mode while processing current events by the master slave itself during a simulation to conserve overhead in synchronizing the concurrent execution of the slave threads and waking up the slave threads by the master thread only | VCS practices this element literally or equivalently. In VCS Multicore, ALP's slave threads (process objects), which handle waveform dumping, assertions, monitoring, coverage audits, are event-triggered and not executing at all time, whereas the master (process object) thread simulating the main design must active all clock cycles. When signals change states in the master threads, they may active the slave threads, to dump waveform, check assertions, |

| | |
|---|---|
| when there are sufficient number of events to justify the use of slave threads; | compute coverage or perform other parallel tasks. In DLP, a design is partitioned into master and slave partitions. Each partition is assigned to run on a different processor, some slave partitions may be inactive in some clock cycles and may be triggered in other clock cycles via events generated in the master partition. Also, the master partition may re-assign slave partitions to different slave threads during simulation to achieve load balancing. Ref. 7, p. 2. |
| (c) assigning events to the master and slave threads such that the master and slave threads all process nearly the same number of events concurrently to ensure load balancing; | VCS practices this element literally or equivalently. In VCS Muticore, to ensure load balancing, the number of process objects or master/slave partitions generated before simulation is a multiple of the number of processors. Ref. 2, p. 3. "These objects are assigned to processors at the beginning of simulation and each of them represents a part of the simulation model and has its own event list. If load imbalances are detected, objects then can be migrated between the processors." *Id.* |
| (d) providing a per-thread specific event queue to store future events and a fanout queue to store zero-delay events; | VCS practices this element literally or equivalently. In VCS Muticore, the process objects or master/slave partitions all have their own event list (and necessarily a fanout queue), so that each thread can simulate its assigned process objects/partitions concurrently. Ref. 2, p. 3. |
| (e) assigning a thread ID to each new event being put into a thread event or a fanout queue to ensure that the new event will be processed only once in the presence of a plurality of threads processing the same event concurrently; | VCS practices this element literally or equivalently. The simulation in VCS Multicore requires "defining the dependent and independent events." Ref. 2; *see also* Ref. 7 ("To enable parallel simulation, the environment must define the dependent and independent events"). These defined events are assigned to specific process objects or partitions prior to the start of simulation. *Id.* This event-defining and assigning process requires the system to provide each new event with a process tag, which is a thread ID or equivalent thereof, before it is placed in an event or fanout queue, so that the new event will be processed only once in the presence of a plurality of threads processing the same event concurrently. |
| (f) synchronizing between the master thread and the slave threads to put the master thread awaiting until all the slave threads finish processing assigned events and go back to the sleep mode; and | VCS practices this element literally or equivalently. VCS Muticore uses a conservative synchronization method for different process objects and partitions in parallel simulation. Ref. 2, p. 3. It only advances the simulation time if essential constraints are not broken. *Id.* It runs all partitions (and process objects) in parallel although the time does not advance. *Id.* All events in the simulation progress forward in simulation time in a lockstep fashion. *Id.* |
| (g) checking and repeating the steps of | VCS practices this element literally or equivalently. VCS Muticore |

| | |
|---|---|
| (b)-(e) if new events exist in the thread specific fanout or otherwise advancing the simulation time to a next event pending time. | moves all events forward in simulation time in a lockstep fashion. Ref. 2, p. 3. It would not advance the simulation time if there is still new event in the thread specific fanout; it only advances the simulation time if essential constraints are not broken. *Id.* |
| 6. The method of performing a multithreaded event-driven logic simulation according to claim 5 further comprises the step of allocating and maintaining a private heap memory region, an event queue and a fanout queue for each of the master thread and the slave threads at the beginning of the simulation to maximize concurrency and minimize thread synchronization when adding or deleting events during the simulation. | VCS practices this element literally or equivalently. In VCS Multicore, the process objects and master/salve partitions have their private event list and, necessarily, fanout queue or equivalents. Ref. 2, p. 3. Since they run on different cores, they must have their private heap memory (cache memory, run-time stack etc.) or equivalents thereof. These features must be defined at the beginning of the simulation and are used to maximize concurrency and minimize thread synchronization when adding or deleting events during the simulation. |
| 7. The method of performing a multithreaded event-driven logic simulation according to claim 1 wherein the multiprocessor platform is selected from platforms that support a plurality of microprocessors. | VCS practices this element literally or equivalently. The multiprocessor platform in VCS is selected from platforms that support a plurality of microprocessors. |
| 8. The method of performing a multithreaded event-driven logic simulation according to claim 1 further comprises the step of supporting an optional user-defined configuration file to allow users to define a preferred state mapping between the plurality of the HDL languages to ensure simulation accuracy. | Dynetix currently is not asserting this claim. If discovery unveils evidence for Synopsys' infringement of this claim, Dynetix reserves the right to amend the infringement contention. |
| 9. A method of performing a multithreaded cycle-based logic simulation of an integrated circuit design, coded in one or a plurality of Hardware Description Language ("HDL") languages including VHDL, Verilog languages and a mixed thereof on a multiprocessor platform, comprising the steps of: (a) pre-examining each user-specified HDL source file and automatically invoking an appropriate HDL compiler to compile a design source file into a common | Dynetix is not asserting this claim. |

| | |
|---|---|
| design database; (b) resolving any conflict in the design source file due to use of the plurality of HDL languages to ensure correct modeling and simulation of the design source file; and (c) automatically detecting the number of microprocessors (CPUs) available on the multiprocessor platform to create a master thread and a plurality of slave threads for concurrent execution of the multithreaded cycle-based simulation of the design on the multiprocessor platform, to achieve linear to super-linear performance speedup as according to the number of CPUs on the multiprocessor platform. | |
| 10. The method of performing a multithreaded cycle-based logic simulation according to claim 9 wherein the step of resolving any conflict in the design source file includes resolving design object names conflict and signal states incompatibility. | Dynetix is not asserting this claim. |
| 11. The method of performing a multithreaded cycle-based logic simulation according to claim 10 wherein the step of resolving design object names conflict further comprises the step of providing a program switch for users to instruct the HDL compiler to use a VHDL style, case-insensitive object naming convention for all design object names. | Dynetix is not asserting this claim. |
| 12. The method of performing a multithreaded cycle-based logic simulation according to claim 9 further comprises the step of automatically mapping Verilog states to VHDL states in simulation of the design source file to ensure the accuracy of simulation of mixed language design. | Dynetix is not asserting this claim. |
| 13. The method of performing a multithreaded cycle-based logic simulation according to claim 9 wherein the step of (c) | Dynetix is not asserting this claim. |

| | |
|---|---|
| further comprises the steps of: (a) creating a master thread and a plurality of slave threads based on the number of avail able CPUs on the multiprocessor platform, prior to the start of simulation; (b) partitioning the design into a number of regions equal to the number of available CPUs; (c) assigning each of the regions to a thread; (d) keeping the slave threads in a sleeping mode and waking them up by the master thread at the beginning of each clock cycle; (e) processing by the master and slave threads of their respective assigned regions concurrently in each clock cycle; (f) instructing the master thread to wait for the slave threads to finish processing all events in their assigned regions and go back to the sleep mode; and (g) advancing the simulation time to a next clock cycle. | |
| 14. The method of performing a multithreaded cycle-based logic simulation according to claim 9 further comprises the step of ranking logic gates in each regions such that the logic gates near inputs of the regions are evaluated first followed by their fanout logic gates before any of subsequent logic levels being evaluated in each clock cycle. | Dynetix is not asserting this claim. |
| 15. The method of performing a multithreaded cycle-based logic simulation according to claim 9 further comprises the step of instructing the simulator to repeat a simulation iteration in a current clock cycle or to start a new simulation cycle by the master thread base on changed states of interface signals between regions. | Dynetix is not asserting this claim. |
| 16. A method of executing a multithreaded mixed event-driven and cycle-based logic simulation of a circuit design coded in one or a plurality of Hardware Description | Dynetix is not asserting this claim. |

| | |
|---|---|
| Language ("HDL") languages including VHDL, Verilog languages and a mixed thereof on a multiprocessor platform, comprising the steps of: (a) pre-examining each user-specified HDL source file and automatically invoking an appropriate HDL compiler to compile a design source file into a common design database; (b) resolving any conflict in the design source file due to use of the plurality of HDL languages to ensure correct model and simulation of the design source file; and (c) automatically detecting the number of microprocessors (CPUs) available on the multiprocessor platform to create a master thread and a plurality of slave threads for concurrent execution of the mixed event-driven and cycle-based simulation of the design, to achieve linear to super-linear performance speedup as according to the number of CPUs on the multiprocessor platform. | |
| 17. The method of executing a multithreaded mixed event-driven and cycle-based logic simulation according to claim 16 wherein the step of resolving any conflict in the design source file includes resolving design object names conflict and signal states incompatibility. | Dynetix is not asserting this claim. |
| 18. The method of executing a multithreaded mixed event-driven and cycle-based logic simulation according to claim 16 wherein the step of resolving design object names conflict further comprises the step of providing a program switch for users to instruct the HDL compiler to use a VHDL style, case-insensitive, object naming convention for all design object names. | Dynetix is not asserting this claim. |
| 19. A method of executing remote Hardware Description Language ("HDL") compilation | This is a nonlimiting preamble. In any event, VCS literally contains this element. VCS Cloud, which is a software-as-a Service, |

| | |
|---|---|
| and multithreaded simulation (event-driven, cycle-based, and a combination of both) of a circuit design employing a user's local and remote single-processor or multiprocessor hosts, comprising the steps of: | provides online access to VCS. Ref. 4. Specially, VCS Cloud provides servers, through Amazon cloud computing resources, that host the VCS software which users can access remotely through the VCS Cloud Compute Instance ("CCI"). Ref. 4, p. 3. VCS Cloud allows the user to remotely executing HDL compilation and multithreaded simulation using user's local processor and Synopsys' remote servers which may consist of one or up to hundreds of processing cores. Ref. 4, pp. 2-3. VCS also allows its licensee to host VCS on a server which allows the end-users to access VCS remotely ("VCS Remote"). *See* License Agreement. |
| installing a server program on the user's remote hosts to which the HDL designs compilation and simulation is to be performed; | VCS practices this element literally or equivalently. VCS Cloud remote hosts, where a HDL design compilation and simulation is to be performed, must install VCS Cloud CCI, which comprises a copy of VCS and other server programs. Ref. 4, p. 3. The VCS Remote installs four kinds of remote accesses under UCLI-DVE: (a) UCLI (server) with UCLI (clients), (b) DVE (server) with DVE (clients), (c) UCLI (server) with DVE (clients), and (d) DVE (server) with UCLI (clients). In each case, multiple clients may interface with a common server. Thus, for example, multiple users running on different terminals may access the same DVE GUI running on some server. See, Amin Decl. ISO Consol. Opp. to MSJs, ¶ 69. |
| installing and executing a graphical user interface program ("GUI") on the user's local host to specify remote hosts on which the HDL design compilation and simulation is to be performed; | VCS practices this element literally or equivalently. VCS Cloud provides a simple web-based portal (via a web browser) for user to define cluster configurations, user and group security policies, and monitor cluster (HDL designs compilation and simulation) jobs and status. Ref. 4, p. 2. For VCS Remote, DVE is a GUI. Amin Decl. ISO Consol. Opp. to MSJs, ¶ 70. |
| automatically activating network connection by the GUI to the server program to send the user's commands from the user's local host to the remote hosts to be executed thereof; | VCS practices this element literally or equivalently. All communication to/from the cloud and the VCS Cloud connection portal is encrypted via SSL/SSH. All the connection protocols are done automatically without user intervention. Ref. 4, p. 3. The same kinds of encryption also applies to VCS Remote. |
| and transferring simulation results from the remote hosts back to the user's local host for display. | VCS practices this element literally or equivalently. VCS Cloud supports transfer of simulation results (file) from CCI to user's local host by downloading the files over https to the user's Linux box. Ref. 4, p. 3. VCS Remote practices the same kind of techniques in |

| | |
|---|---|
| | that it transfers the simulation results back to the user. |
| 20. The method of executing remote Hardware Description Language ("HDL") compilation and logic simulation according to claim 19 further comprises the step of providing an interface function to support network transports and communication between the UI and the server program. | VCS practices this element literally or equivalently. VCS Cloud provides several interface functions between the UI and the server program, including the web browser and SSL/SSH. Ref. 4, p. 4. VCS Remote uses DVE interface and standard interface used by the customers' internal networks. |
| 21. The method of executing remote Hardware Description Language ("HDL") compilation and multithreaded simulation according to claim 19 wherein the step of providing an interface function includes the step of using an industrial standard remote process communication protocol selecting from the group consisting of Java.TM. Remote Method Invocation (RMI), sockets, remote procedure call and COBRA]. | VCS practices this element literally or equivalently. In VCS Cloud, all communication to/from the cloud (remote hosts) and user local host connection portal is encrypted via secure socket layer, which is a socket type interface. Ref. 4, p. 3. The licensee's internal networks must use some standard remote process for supporting VCS Remote. |
| 22. The method of executing remote Hardware Description Language ("HDL") compilation and logic simulation according to claim 19 wherein the user's local host and the remote hosts can be operated in different platforms, and each host may contain single processor or multiple processors. | VCS practices this element literally or equivalently. In VCS Cloud, the local host can be any Linux box, with one or multiple processors. The CCI node could run any operating systems and can be one or multiple processors. Ref. 4, p. 3. The same principle applies to VCS Remote. |
| 23. A program product of executing remote Hardware Description Language ("HDL") compilation and multithreaded simulation of a circuit design employing a user's local and remote single-processor or multiprocessor hosts, comprising: | This is a nonlimiting preamble. In any event, VCS Cloud literally practices this element. *See* Claim 19. |
| means to provide a server program on the user's remote hosts to which the HDL designs compilation and simulation is to be performed; | VCS practices this element literally or equivalently. This is a means-plus-function limitation governed by 35 U.S.C. § 112(6). The corresponding structure in VCS Cloud is the VCS Cloud CCI. Ref. 4, p. 3, as well as the server program used in the customers' internal networkings. |
| means to provide a graphical user interface program ("GUI") on the user's | VCS practices this element literally or equivalently. This is a means-plus-function limitation governed by 35 U.S.C. § 112(6). |

| | |
|---|---|
| local host to specify remote hosts on which the HDL design compilation and simulation is to be performed; | The corresponding structure in VCS Cloud is the web browser for user to define cluster configurations, user and group security policies, and monitor cluster (HDL designs compilation and simulation) jobs and status. Ref. 4, p. 2. The corresponding structure for VCS Remote is DVE. |
| means to automatically activate network connection by the GUI to the server program to send the user's commands from the user's local host to the remote hosts to be executed thereof; and | VCS practices this element literally or equivalently. This is a means-plus-function limitation governed by 35 U.S.C. § 112(6). The corresponding structure in VCS Cloud web browser user interface. DVE in VCS Remote can automatically activate network connection for all purposes. |
| means to transfer simulation results from the remote hosts back to the user's local host for display. | VCS practices this element literally or equivalently. This is a means-plus-function limitation governed by 35 U.S.C. § 112(6). The corresponding structure in VCS Cloud is the CCI that the user relies on for transferring simulation results from the server to the user's local computer. Both DVE and the licensee server programs may be involved in this step. |
| 24. The program product of executing remote Hardware Description Language ("HDL") compilation and multithreaded simulation according to claim 23 further comprises means to provide an interface function to support network transports and communication between the GUI and the server program. | Dynetix currently is not asserting this claim. If discovery unveils evidence for Synopsys' infringement of this claim, Dynetix reserves the right to amend the infringement contention. |
| 25. The program product of executing remote Hardware Description Language ("HDL") compilation and multithreaded simulation according to claim 23 wherein the user's local host and the remote hosts can be operated in different platforms, and each host may contain single processor or multiple processors. | Dynetix currently is not asserting this claim. If discovery unveils evidence for Synopsys' infringement of this claim, Dynetix reserves the right to amend the infringement contention. |
| 26. A method of providing job scheduling for Hardware Description Language ("HDL") logic simulation of a circuit on any single processor or multiprocessor platform networked with a local host and remote hosts, comprising the steps of: receiving a graphical user interface program ("GUI") on the local host to create a private directory to | Dynetix currently is not asserting this claim. If discovery unveils evidence for Synopsys' infringement of this claim, Dynetix reserves the right to amend the infringement contention. |

| | |
|---|---|
| compile and store user-defined jobs; creating a child process by the GUI for each of the user-defined jobs to be processed independently by their respective child processes; prompting the child process to compute an elapsed time between user-specified schedule time(s) and current time to allow the child process to go into a sleep mode for a period of and until the expiry of the elapsed time; waking up the child process at the user-specified schedule time(s) to complete execution of the user-defined jobs; and instructing the child process either to go back to sleep mode if there are yet other scheduled time(s) for the user-defined jobs or to terminate itself if there is no other scheduled time for the user-defined jobs. | |
| 27. The method of providing job scheduling for Hardware Description Language ("HDL") logic simulation according to claim 26 further comprises the step of providing remote job scheduling including installing a server program on the remote hosts to which the HDL logic simulation is to be performed by the simulator networked through Internet or intranets. | Dynetix currently is not asserting this claim. If discovery unveils evidence for Synopsys' infringement of this claim, Dynetix reserves the right to amend the infringement contention. |
| 28. The method of providing job scheduling for Hardware Description Language ("HDL") logic simulation according to claim 26 further comprises the step of providing a job cancellation function which includes instructing the UI to locate a job by name followed by killing the child process that is associated with the job and removing the corresponding job description database file from the UI. | Dynetix currently is not asserting this claim. If discovery unveils evidence for Synopsys' infringement of this claim, Dynetix reserves the right to amend the infringement contention. |
| 29. The method of providing job scheduling for Hardware Description Language ("HDL") logic simulation according to | Dynetix currently is not asserting this claim. If discovery unveils evidence for Synopsys' infringement of this claim, Dynetix reserves the right to amend the infringement contention. |

| | |
|---|---|
| claim 26 further comprises the step of providing a job modification function which includes instructing the UI to bring up and allows users to edit a menu for a scheduled job so that the UI will first delete the scheduled job and add new scheduled job followed by creating a child process to re-schedule the new scheduled job. | |
| 30. The method of providing job scheduling for Hardware Description Language ("HDL") logic according to claim 26 further comprises the step of providing a means to support user-defined post processing functions which includes sending emails to users, executing user-defined shell commands, and logging the job execution. | Dynetix currently is not asserting this claim. If discovery unveils evidence for Synopsys' infringement of this claim, Dynetix reserves the right to amend the infringement contention. |
| 31. A program product of providing job scheduling for Hardware Description Language ("HDL") logic simulation of a circuit on any single processor or multiprocessor platform networked with a local host and remote hosts, comprising: means to receive a graphical user interface program ("GUI") on the local host to create a private directory to compile and store user-defined jobs; means to create a child process by the GUI for each of the user-defined jobs to be processed independently by their respective child processes; means to prompt the child process to compute an elapsed time between user-specified schedule time(s) and current time to allow the child process to go into a sleep mode for a period of and until the expiry of the elapsed time; means to wake up the child process at the user-specified schedule time(s) to complete execution of the user-defined jobs; and means to inactivate the child process by instructing the child process either to resume to sleep mode when | Dynetix currently is not asserting this claim. If discovery unveils evidence for Synopsys' infringement of this claim, Dynetix reserves the right to amend the infringement contention. |

| | |
|---|---|
| there are unexpired scheduled time(s) for the user-defined jobs or to terminate itself when there is no unexpired scheduled time for the user-defined jobs. | |
| 32. The program product of providing job scheduling according to claim 31 further comprises means to provide remote job scheduling including installing a server program on the remote hosts to which the HDL logic simulation is to be performed by the simulator networked through Internet or intranets. | Dynetix currently is not asserting this claim. If discovery unveils evidence for Synopsys' infringement of this claim, Dynetix reserves the right to amend the infringement contention. |
| 33. The program product of providing job scheduling according to claim 31 further comprises the means to provide a job cancellation function which includes instructing the UI to locate a job by name followed by killing the child process that is associated with the job and removing the corresponding job description file from the UI. | Dynetix currently is not asserting this claim. If discovery unveils evidence for Synopsys' infringement of this claim, Dynetix reserves the right to amend the infringement contention. |
| 34. The program product of providing job scheduling according to claim 31 further comprises means to provide a job modification function which includes instructing the UI to bring up and allows users to edit a menu for a scheduled job so that the UI will first delete the scheduled job and add new scheduled job followed by creating a child process to re-schedule the new scheduled job. | Dynetix currently is not asserting this claim. If discovery unveils evidence for Synopsys' infringement of this claim, Dynetix reserves the right to amend the infringement contention. |
| 35. The program product of providing job scheduling according to claim 31 further comprises means to provide a user-defined post processing function which includes sending emails to users, executing user-defined shell commands, and logging the job execution. | Dynetix currently is not asserting this claim. If discovery unveils evidence for Synopsys' infringement of this claim, Dynetix reserves the right to amend the infringement contention. |
| 36. A method of achieving super-linear scalable Hardware Description Language | This is a non-limiting preamble. In any event, VCS does contain a method of achieving super-linear scalable Hardware Description |

| | |
|---|---|
| simulation for a multithreaded event-driven simulation of a circuit design on a multiprocessor platform, comprising the steps of: | Language simulation for a multithreaded event-driven simulation of a circuit design on a multiprocessor platform. *See* Claim 1. |
| (a) minimizing frequencies of thread creation and destruction by creating a master thread and a plurality of slave threads, based on the number of available CPUs on the multiprocessor platform, prior to the start of simulation; | VCS practices this element literally or equivalently. VCS Multicore creates process objects in ALP and master/slave partitions in DLP prior to the start of simulation, based on the number of available cores on the computer on which it operates. Ref. 2, pp. 2-3. |
| (b) minimizing thread interaction and synchronization by assigning a private heap memory, event queue, and fanout queue region for each of the master thread and the slave threads at the beginning of the simulation to eliminate thread synchronization resulting from subsequent addition or deletion of signals or logic gate events during the simulation; and | VCS practices this element literally or equivalently. In VCS Muticore, the process objects and master/salve partitions have their private event list and, necessarily, fanout queue or equivalents. Ref. 2, p. 3. Since they run on different cores, they must have their private heap memory (cache memory, run-time stack etc.) or equivalents thereof. |
| (c) maximizing thread concurrency by processing multiple signals concurrently rather than serially by the master thread and the slave threads such that each of the master thread and the slave threads will process an individual signal state in parallel with the others. | VCS practices this element literally or equivalently. VCS Multicore's process objects and master/slave partitions are assigned to run on different processors concurrently. Ref. 2, pp. 2-5. They process signal events concurrently on different cores. *Id.* For ALP, various functionalities, such as waveform dumping, coverage computation, assertion auditing, are all triggered by signals and are processed concurrently by different process objects on different cores. Ref. 2, p. 2. In DLP, all signal events in each partition are processed concurrently on different cores/threads. *See* Ref. 2, pp. 2-4. |
| 37. The method of achieving super-linear scalable Hardware Description Language simulation according to claim 36 further comprises the step of blocking the slave threads by a system-supplied synchronization object at the beginning of each simulation cycle when the slave threads are not scheduled to perform simulation tasks. | VCS practices this element literally or equivalently. In VCS Multicore, the slave process objects or partitions are rendered asleep or non-executing until their triggering signals change state in the master process objects or partition. *See* Ref. 2, pp. 2-3. |
| 38. The method of achieving super-linear | Dynetix currently is not asserting this claim. If discovery unveils |

| | |
|---|---|
| scalable Hardware Description Language simulation according to claim 36 further comprises the step of unblocking the slave threads by a single system call by the master thread when circuit activities exceed a pre-determined heuristic threshold value to minimize thread activation overheads. | evidence for Synopsys' infringement of this claim, Dynetix reserves the right to amend the infringement contention. |
| 39. The method of achieving super-linear scalable Hardware Description Language simulation according to claim 36 further comprises the step of scheduling the master thread and the slave threads to bind to CPUs of the microprocessor by at the beginning of simulation to eliminate the time spent in scheduling threads for execution during subsequent simulation. | VCS practices this element literally or equivalently. VCS Multicore creates process objects or master/slave partitions to be simulated on different processors prior to the start of simulation. Ref. 2, pp. 2-4. At the beginning of simulation, each individual object or partition is assigned (or bound) to a particular CPU. Ref. 2, p. 2. |
| 40. The method of achieving super-linear scalable Hardware Description Language simulation according to claim 36 wherein the step (c) further comprises the step of defining a threshold value for signal events and logic gate to each threads such that the master thread will either process the signal events and logic gate itself if the number thereof is less than the threshold value or wake up the slave threads if the number thereof exceeds the threshold value. | Dynetix currently is not asserting this claim. If discovery unveils evidence for Synopsys' infringement of this claim, Dynetix reserves the right to amend the infringement contention. |
| 41. The method of achieving super-linear scalable Hardware Description Language simulation according to claim 36 wherein the step (b) further comprises the step of tagging and matching fanout logic gates to each of the correspondent fanout queue with a per-thread specific identification number during the process to further avoid thread synchronization and to eliminate duplicated logic gates evaluation. | Dynetix currently is not asserting this claim. If discovery unveils evidence for Synopsys' infringement of this claim, Dynetix reserves the right to amend the infringement contention. |
| 42. The method of achieving super-linear scalable Hardware Description Language simulation according to claim 36 further | Dynetix currently is not asserting this claim. If discovery unveils evidence for Synopsys' infringement of this claim, Dynetix reserves the right to amend the infringement contention. |

| | |
|---|---|
| comprises the step of setting two global synchronization variables to the slave threads to determine if the slave threads be unblocked to iterate a simulation inner loop or if the slave threads be blocked to exit the simulation inner loop. | |
| 43. The method of achieving super-linear scalable Hardware Description Language simulation according to claim 40 wherein the threshold value is preferably set at n/2 for signal events and at n for the logic gate events, where n is the number of CPUs available on the platform. | Dynetix currently is not asserting this claim. If discovery unveils evidence for Synopsys' infringement of this claim, Dynetix reserves the right to amend the infringement contention. |
| 44. The method of achieving super-linear scalable Hardware Description Language simulation according to claim 36 wherein the step (c) further comprises the step of pushing the signal's fanout logic gates into a per-thread specific fanout queue until all of signal and logic gates events assigned to each of the master thread and the slave threads have been processed in a simulation cycle. | VCS practices this element literally or equivalently. In VCS Multicore, each process object or master/slave partition has its own event list and fanout queue, so that each thread can process signal events and evaluates fanout logic gates in its assigned partitions, in parallel with the other threads. Ref. 2, pp. 2-4. The simulation time is not advanced unless all signal events in all process objects and master/slave partitions have been processed in the current simulation time. Ref. 2, p. 3. |
| 45. A program product of achieving super-linear scalable Hardware Description Language simulation for an event-driven logic simulation of a circuit design on a multiprocessor platform, comprising: | This is a non-limiting preamble. In any event, VCS does contain a method of achieving super-linear scalable Hardware Description Language simulation for a multithreaded event-driven simulation of a circuit design on a multiprocessor platform. *See* Claim 1. |
| means to minimize frequencies of thread creation and destruction by creating a master thread and a plurality of slave threads based on the number of available CPUs on the multiprocessor platform, prior to the start of simulation; | VCS practices this element literally or equivalently. This is a means-plus-function limitation governed by 35 U.S.C. § 112(6). In VCS, the corresponding structure is the set of process objects or master/slave partitions created according to the number of available processors prior to the start of simulation in VCS Multicore. Ref. 2, pp. 2-4. |
| means to minimize thread interaction and synchronization by assigning a private heap memory, event queue, and fanout queue region for each of the | VCS practices this element literally or equivalently. This is a means-plus-function limitation governed by 35 U.S.C. § 112(6). In VCS Multicore, the corresponding structure is event list, fanout queue, memory, which are assigned to each process object or |

| | |
|---|---|
| master thread and the slave threads at the beginning of the simulation to eliminate thread synchronization resulting from subsequent addition or deletion of signals or logic gate events during the simulation; | master/slave partition and which allow it to perform event-driven simulation independently from other process objects/partitions. Ref. 2, pp. 2-4. |
| and means to maximize thread concurrency by processing multiple signals concurrently rather than serially by the master thread and the slave threads such that each of the master thread and the slave threads will process an individual signal state in parallel with the others. | VCS practices this element literally or equivalently. This is a means-plus-function limitation governed by 35 U.S.C. § 112(6). In VCS Multicore, the corresponding structure is program code that enables the process objects or master/slave partitions to be processed concurrently on different cores, such as the configuration file "partition {system_top.tb_top3(tb_top)}." Ref. 2, pp. 2-4. |
| 46. The program product according to claim 45 further comprises means to block the slave threads by a system-supplied synchronization object at the beginning of each simulation cycle when the slave threads are not scheduled to perform simulation tasks. | Dynetix currently is not asserting this claim. If discovery unveils evidence for Synopsys' infringement of this claim, Dynetix reserves the right to amend the infringement contention. |
| 47. The program product according to claim 45 further comprises means to unblock the slave threads by a single system call by the master thread when circuit activities exceed a pre-determined heuristic threshold value to minimize thread activation overheads. | Dynetix currently is not asserting this claim. If discovery unveils evidence for Synopsys' infringement of this claim, Dynetix reserves the right to amend the infringement contention. |
| 48. The program product according to claim 45 further comprises means to schedule the master thread and the slave threads to bind to CPUs of the microprocessor by an operating at the start of simulation to minimize the time spent in scheduling threads for execution. | VCS practices this element literally or equivalently. VCS Multicore creates process objects or master/slave partitions to be simulated on different processors prior to the start of simulation. Ref. 2, pp. 2-4. At the beginning of simulation, each individual object or partition is assigned (or bound) to a particular CPU. Ref. 2, p. 2. |
| 49. The program product according to claim 45 wherein the means to maximize thread concurrency further comprises means to define threshold values for signal events and logic gate events to each threads such that the master thread will either process the | Dynetix currently is not asserting this claim. If discovery unveils evidence for Synopsys' infringement of this claim, Dynetix reserves the right to amend the infringement contention. |

| | |
|---|---|
| signal events and logic gate events itself if the number thereof is less than the threshold values or unblock the slave threads otherwise to minimize the slave thread activation overheads if the number thereof exceeds the threshold values. | |
| 50. The program product according to claim 45 wherein the means to minimize thread interaction and synchronization further comprises means to tag and match fanout logic gates to each of the correspondent fanout queue with a per-thread specific identification number during the process to further avoid thread synchronization and to eliminate duplicated logic gates evaluation. | Dynetix currently is not asserting this claim. If discovery unveils evidence for Synopsys' infringement of this claim, Dynetix reserves the right to amend the infringement contention. |
| 51. The program product according to claim 45 further comprises means to assign two global synchronization variables to the slave threads to determine if the slave threads be unblocked to iterate a simulation inner loop or if the slave threads be blocked to exit the simulation inner loop. | Dynetix currently is not asserting this claim. If discovery unveils evidence for Synopsys' infringement of this claim, Dynetix reserves the right to amend the infringement contention. |
| 52. The program product according to claim 49 wherein the threshold value is preferably set at n/2 for signal events and at n for the logic gate events, where n is the number of CPUs available on the platform. | Dynetix currently is not asserting this claim. If discovery unveils evidence for Synopsys' infringement of this claim, Dynetix reserves the right to amend the infringement contention. |
| 53. The program product according to claim 45 wherein the means to maximize thread concurrency further comprises means to push the signal's fanout logic gates into a per-thread specific fanout queue until all of signal and logic gates events assigned to each of the master thread and the slave threads have been processed in a simulation cycle. | VCS practices this element literally or equivalently. In VCS Multicore, the process objects or master/slave partitions can concurrently process their own signal events and schedule the signal fanout logic gates to be evaluated. The simulation time is advanced only when all process objects and master/slave partitions have completed processing their events for the current simulation time. Ref. 2, pp. 2-4. |
| 54. The method of performing a multithreaded cycle-based logic simulation according to claim 9 further comprises the step of allocating and maintaining a private | Dynetix currently is not asserting this claim. If discovery unveils evidence for Synopsys' infringement of this claim, Dynetix reserves the right to amend the infringement contention. |

| | |
|---|---|
| heap memory region and a fanout queue for each of the master thread and the slave threads at the beginning of the simulation to minimize thread synchronization during the simulation. | |
| 55. The method of performing a multithreaded cycle-based logic simulation according to claim 9 wherein the multiprocessor platform is selected from any platforms that support a plurality of microprocessors. | Dynetix currently is not asserting this claim. If discovery unveils evidence for Synopsys' infringement of this claim, Dynetix reserves the right to amend the infringement contention. |
| 56. The method of performing a multithreaded cycle-based logic simulation according to claim 9 further comprises the step of supporting an optional user-defined configuration file to allow users to define a preferred state mapping between the plurality of the HDL languages. | Dynetix currently is not asserting this claim. If discovery unveils evidence for Synopsys' infringement of this claim, Dynetix reserves the right to amend the infringement contention. |
| 57. The method executing a multithreaded mixed event-driven and cycle-based logic simulation according to claim 17 further comprises the step of automatically mapping Verilog states to VHDL states in simulation of the design source file to ensure the accuracy of simulation of mixed language design. | Dynetix currently is not asserting this claim. If discovery unveils evidence for Synopsys' infringement of this claim, Dynetix reserves the right to amend the infringement contention. |
| 58. The method executing a multithreaded mixed event-driven and cycle-based logic simulation according to claim 16 wherein the step of (c) further comprises the steps of: (a) creating a master thread and a plurality of slave threads, based on the number of CPUs on the multiprocessor platform, prior to simulation; (b) partitioning the design into a number of regions equal to the number of available CPUs and assigning each of the regions to a thread; (c) defining clock cycle periods prior to the simulation to specify regions to be processed by either the cycle-based or the event-driven methods; (d) | Dynetix currently is not asserting this claim. If discovery unveils evidence for Synopsys' infringement of this claim, Dynetix reserves the right to amend the infringement contention. |

| | |
|---|---|
| partitioning further the design into event-driven logic regions and the cycle-based logic regions at the beginning of the simulation such that the master thread will instruct the slave threads to perform simulation on the logic regions when the current time is at the beginning of a clock-cycle boundary or, in the alternative, to evaluate the event-driven regions only at other simulation time points; (e) keeping the slave threads in a sleeping mode and awakening them by the master thread at the beginning of each clock cycle or event time; (f) instructing the master thread to wait for the slave threads to finish processing all events in their assigned regions and go back to the sleep mode; and (g) advancing the simulation time to a next clock cycle or event time. | |
| 59. The method of executing a multithreaded mixed event-driven and cycle-based logic simulation according to claim 9 further comprises the step of evaluating and processing logic gates for the cycle-based logic regions and events for the event-driven logic regions for the present clock cycle time until at the end of each simulation cycle at which the master thread will advance the simulation time. | Dynetix currently is not asserting this claim. If discovery unveils evidence for Synopsys' infringement of this claim, Dynetix reserves the right to amend the infringement contention. |

References Cited


1. Multicore-enabled functional verification solution

   (http://www.synopsys.com/Tools/Verification/FunctionalVerification/Pages/VCS.aspx).

2. High-performance, Parallel Simulation with VCS Multicore Technology (White Paper), April 2009 (DYN00684-690).
3. VCS, Multicore-enabled functional verification solution (Datasheet) (DYN00691-693).
4. Synopsys VCS Cloud, Massively Scalable Verification on Demand (DYN00681-683).
5. VCS Help Manual (DYN00797-825)
6. VCS Multicore, Frequently Asked Questions (DYN00832).
7. Using Parallelism to Double Simulation Speed (DYN00826-831).
8. Form 10-K of Synopsys for 2011.