**LiLaw Inc., a Law Corporation**
J. James Li (SBN 202855)
5050 El Camino Real, Suite 200
Los Altos, California 94022
Telephone: (650) 521-5956
Facsimile: (650) 521-5955
Email: lij@lilaw.us

Attorneys for Plaintiff Dynetix Design Solutions Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

DYNETIX DESIGN SOLUTIONS INC., a California corporation,

Plaintiff,

vs.

SYNOPSYS INC., a Delaware corporation, and DOES 1-50

Defendants.

SYNOPSYS INC.,

Counterclaimant,

vs.

DYNETIX DESIGN SOLUTIONS INC.,

Counter-Defendant.

Case No. CV11-05973 PSG

**EXHIBIT C TO DECLARATION OF J. JAMES LI IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT ITS INFRINGEMENT CONTENTIONS, FOR RECONSIDERATION OF A PRIOR RULING, AND FOR MODIFICATION OF THE PROTECTIVE ORDER**

**Date: April 9, 2013**
**Time: 10:00 a.m.**
**Court: Courtroom 5 - 4th Floor**
**Judge: Hon. Paul S. Grewal**

SYNOPSYS
Predictable Success

# VCS Update for Intel ASDG

December, 04, 2011

# Compile Roadmap.

- Reduction of files generated during analysis
  - Reduce number of files per library generated by vlogan
  - ETA : January'12
- Type compatibility checks in vlogan
  - ETA: TBD Dec-02
- Elaboration time performance improvements
  - Optimize parameterized classes.
  - OVM improvements.
  - Other miscellaneous improvements.
  - Potential : 2x
  - ETA : February'12
- Analyzed libraries 'refresh'
  - Support for patch compatibility of vlogan dump from 2009.12

© Synopsys 2011

SYNOPSYS
Predictable Success

# Partition Compile Roadmap.

- **Parallel compilation of partitions.**
  - Reduce wall clock time of the scratch compile.
  - Can collaborate to provide ability to farm out partitions on different machines.

- **Auto-partition**
  - VCS will generate partitions for design/testbench based on size/logical library.
  - User defined and auto partitioning to coexist.
  - ETA: March '12

- **Precompiled IP**
  - Ability to compile self contained portions of design/TB independently and integrate in bigger design.
  - This ability exists but not very useful in current form due to use model and certain limitations.
  - Need more discussion on use model.

- **Miscelleneous improvements** – Potential 1.25x over recompile numbers. ETA Feb'12.

- **Recommendation for the current flow –**
  - Move 'Scratch Compile with first test' to "ace –c" to generate shareable partitions "ace –x."

© Synopsys 2011

SYNOPSYS
Predictable Success