1  LILAW INC., A LAW CORPORATION
   J. JAMES LI (SBN 202855; lij@lilaw.us)
2  5050 El Camino Real, Suite 200
   Los Altos, California 94022
3  Telephone: (650) 521-5956
   Facsimile:  (650) 521-5955
4
   BANYS P.C.
5  CHRISTOPHER D. BANYS (SBN 230038; cdb@banyspc.com)
   1032 Elwell Court, Suite 100
6  Palo Alto, California 94303
   Telephone: (650) 308-8505
7  Facsimile: (650) 353-2202

8  Attorneys for Plaintiff and Counterdefendant
   DYNETIX DESIGN SOLUTIONS INC.
9

10 CHRIS R. OTTENWELLER (STATE BAR NO. 73649)
   cottenweller@orrick.com
11 I. NEEL CHATTERJEE (STATE BAR NO. 173985)
   nchatterjee@orrick.com
12 JASON K. YU (STATE BAR NO. 274215)
   jasonyu@orrick.com
13 ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
14 Menlo Park, California 94025
   Telephone:    +1-650-614-7400
15 Facsimile:    +1-650-614-7401

16 Attorneys for Defendant and Counterclaimant
   SYNOPSYS, INC.
17

18                 UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA

20                      SAN JOSE DIVISION

21

22 DYNETIX DESIGN SOLUTIONS, INC., a        Case No. 5:11-cv-05973-PSG
   California corporation,
23                                          **STIPULATION TO ENTRY OF ORDER**
                     Plaintiff,             **AND JUDGMENT OF NON-**
24                                          **INFRINGEMENT PURSUANT TO FED.**
         v.                                 **R. CIV. P. 54(B)**
25
   SYNOPSYS, INC., a Delaware corporation,
26 and DOES 1-50,

27                   Defendant.

28 Related Counterclaims

1    WHEREAS, Plaintiff and Counterclaim Defendant Dynetix Design Solution Inc.

2   ("Dynetix") filed an action against Defendant and Counterclaimant Synopsys Inc. ("Synopsys")

3   on December 5, 2011 for the alleged infringement of U.S. Patent No. 6,466,898 (the "'898

4   patent");

5    WHEREAS, Synopsys countersued Dynetix on June 13, 2012 for the alleged infringement

6   of U.S. Patent Nos. 5,784,593 and 5,706,473 (the "Counterclaim Patents") and asserted two

7   declaratory judgment counterclaims seeking a finding of non-infringement and invalidity related

8   to the '898 patent;

9    WHEREAS, the Court issued three orders (1) "Order Re: Final Claim Construction

10   Rulings" (Dkt. No. 559) (the "Final Claim Construction Rulings"); (2) Order on Motions *in*

11   *Limine* (Dkt. No. 563); and (3) Order Granting Motion to Exclude Opinions and Testimony of

12   Plaintiff's Damages Expert (Dkt. No. 564) (collectively, "the Court Orders"); and

13    WHEREAS, Dynetix acknowledges that under the foregoing orders of the Court, it cannot

14   prove infringement on the claims to be tried on September 3, 2013, or to the extent it could prove

15   infringement, it has no available remedies;

16    THEREFORE, Dynetix and Synopsys hereby stipulate and jointly request that the Court

17   take the following actions to allow for an appeal:

18    1.    Based upon the Court Orders, enter Judgment for Synopsys on Dynetix's claim of

19   patent infringement of  the '898 patent and Synopsys's counterclaim of non-infringement of the

20   '898 patent (the "Stipulated Judgment");

21    2.    Certify the Stipulated Judgment as a final judgment that may be immediately

22   appealed under Fed. R. Civ. P. 54(b) because there is no just reason to delay the entry of

23   judgment;

24    3.    All other aspects of the case, including, but not limited to, the bill of taxable costs,

25   the claims and defenses based on the Counterclaim Patents, the affirmative defenses to Dynetix's

26   claim of patent infringement related to the '898 patent, the counterclaim for a declaratory

27   judgment of invalidity of the '898 patent, and any entitlement to attorney fees, be stayed pending

28   the resolution of the appeal of the Stipulated Judgment.  For example, all currently pending

1  deadlines for trial, including the deadlines for amending expert reports and all deadlines for post-

2  judgment proceedings, except for filing the notice of appeal, shall be stayed. Pursuant to Federal

3  Rule of Civil Procedure 54(d) and Civil L.R. 54-5(a), the Court enlarges the time to file a motion

4  for attorney's fees and any appropriate request for taxable costs until 30 days after any mandate

5  from the Federal Circuit relating to the appeal of the Stipulated Judgment; and

6          4.      Dynetix covenants not to sue or threaten to sue Synopsys or any of Synopsys's

7  customers for infringement of the '898 patent pending the resolution of the appeal of the

8  Stipulated Judgment. Such covenant not to sue or threaten to sue shall be binding on Dynetix,

9  any successors or assigns, any person or entity having, claiming, or acquiring an interest in the

10  '898 patent or a cause of action for infringement under the '898 patent.

11

12         **IT IS SO STIPULATED**.

13

14  Dated: August 26, 2013                    J. JAMES LI, Ph.D.
                                         LiLaw Inc., a Law Corporation

15

16
                                       By:        */s/ J. James Li*

17                                             J. JAMES LI, Ph.D.
                                       Attorneys for Plaintiff

18                                   DYNETIX DESIGN SOLUTIONS, INC.

19

20

21  Dated: August 26, 2013                    CHRIS R. OTTENWELLER
                                         I. NEEL CHATTERJEE

22                                           BENJAMIN J. HOFILEÑA
                                       JASON K. YU

23                                           ANDREW S. ONG
                                       Orrick, Herrington & Sutcliffe LLP

24

25
                                     By:       */s/ Chris R. Ottenweller*

26                                         CHRIS R. OTTENWELLER
                                       Attorneys for Defendant

27                                         SYNOPSYS, INC.

28

                    STIPULATION TO ENTRY OF ORDER
                                    5:11-CV-05973-PSG

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILER'S ATTESTATION**

I, Chris R. Ottenweller, am the ECF User whose ID and password are being used to file this STIPULATION TO ENTRY OF ORDER AND JUDGMENT OF NON-INFRINGEMENT PURSUANT TO FED. R. CIV. P. 54(B).  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that counsel whose e-signature appears on the foregoing pages have concurred with this filing.

_____/s/ *Chris R. Ottenweller*_____
Chris R. Ottenweller

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Paul S. Grewal
United States Magistrate Judge

-3-