UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DYNETIX DESIGN SOLUTIONS INC., a California corporation,<br><br>                    Plaintiff,<br>          v.<br><br>SYNOPSYS INC., a Delaware corporation, and DOES 1-50,<br><br>                    Defendants. | Case No.: C 11-CV-05973 PSG<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO DOCKET EXHIBITS FILED UNDER SEAL**<br><br>**(Re: Docket No. 495)** |

After this court issued its final judgment in this case,[1] Plaintiff submitted a letter requesting that the Court issue a ruling regarding documents filed under seal during the litigation. A copy of the letter, which was not docketed, is attached to this order. As part of its final judgment, the court denied all pending motions without prejudice. Plaintiff represents that Defendant does not oppose its request.

The court has been unable to locate any case law specifically recognizing its authority to rule on such a request. However, the Ninth Circuit has consistently affirmed a trial court's authority to modify, lift, or amend protective orders issued in the course of litigation, even after

---

[1] *See* Docket No. 606.

1

Case No.: C 11-CV-05973 PSG
ORDER GRANTING-IN-PART MOTIONS TO SEAL

final judgment has been entered.[2]  Pursuant to this authority, the court hereby GRANTS Plaintiff's request and rules that the documents filed under seal in docket number 495 have been properly served and considered in this matter, are part of the case record, and may be used on appeal.

**IT IS SO ORDERED.**

Dated: September 25, 2013

                                                                       PAUL S. GREWAL
                                                                        United States Magistrate Judge

---

[2] *See, e.g., Air-Sea Forwarders, Inc. v. Air Asia Co.,* 191 F.3d 459 (9th Cir. 1999); *Beckman Indus., Inc. v. International Ins. Co.,* 966 F.2d 470, 473 (9th Cir.1992).

2
Case No.: C 11-CV-05973 PSG
ORDER GRANTING-IN-PART MOTIONS TO SEAL